Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____  Chapter 15

☐ Check if this is an
amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| **1. Debtor's name** | Oceanair Linhas Aéreas S/A | |

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN)   9 8 – 1 2 5 8 3 2 2

☐ Other _____ . Describe identifier _____ .

For individual debtors:

☐ Social Security number:   xxx – xx– ___ ___ ___ ___

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

☐ Other _____ . Describe identifier _____ .

**3. Name of foreign representative(s)**

Frederico Miguel Preza Pedreira Elias Da Costa

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Brazilian Recuperação Judicial proceeding pending before the First Bankruptcy Court of the Central Courthouse of the Judicial District of Sao Paulo State Capital [Direito Da 1ª Vara De Falências e Recuperações Judiciais do Foro Central da Comarca da Capital – Sao Paolo] under matter number 1125658-81.2018.8.26.0110

**5. Nature of the foreign proceeding**

Check one:

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
petition and decision commencing foreign proceeding

Corporate resolution authorizing the Mr. Pedreira to represent debtor

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Debtor    Oceanair Linhas Aéreas S/A
        Name                                               Case number *(if known)*

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)   all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Brazil

Debtor's registered office:

Av. Washington Luis, 7.059 Campo Bello
Number     Street

P.O. Box

Sao Paulo, SP 04627-006
City         State/Province/Region    ZIP/Postal Code

Brazil
Country

Individual debtor's habitual residence:

Number     Street

P.O. Box

City       State/Province/Region   ZIP/Postal Code

Country

Address of foreign representative(s):

Av. Washington Luis, 7.059 Campo Bello
Number     Street

P.O. Box

Sao Paulo, SP 04627-006
City       State/Province/Region   ZIP/Postal Code

Brazil
Country

**10. Debtor's website (URL)**

**11. Type of debtor**

Check one:

☐  Non-individual (*check one*):

    ☑  Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐  Partnership

    ☐  Other. Specify: _____

☐  Individual

| Debtor | Oceanair Linhas Aéreas S/A | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _____     Frederico Pedreira
Signature of foreign representative        Printed name

Executed on   12/26/2018
              MM / DD / YYYY

X _____     Frederico Pedreira
Signature of foreign representative        Printed name

Executed on   12/26/2018
              MM / DD / YYYY

**14. Signature of attorney**

X _____   Date   12/27/2018
Signature of Attorney for foreign representative        MM / DD / YYYY

Scott C. Shelley
Printed name

QUINN EMANUEL URQUHART & SULLIVAN LLP
Firm name

51 Madison Ave, 22nd floor
Number        Street

New York                          NY        10010
City                              State     ZIP Code

(212) 849-7000                    scottshelley@quinnemanuel.com
Contact phone                     Email address

2598696                           NY
Bar number                        State