# Exhibit 2

# Current Corporate Structure of Oceanair Linhas Aéreas S.A.





1