UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Vito Genna
CLERK OF COURT
TELEPHONE: (212) 668-2870

May 1, 2020

Scott C. Shelley
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010

Re: 18-14182 (SHL) Oceanair Linhas Aereas S/A and Frederico Miguel Preza Pedreira Da Costa

Dear Mr. Shelley,

      In reference to the above case, please provide a status report and file the document(s) on-line within ten (10) days from the receipt of this letter. Your prompt attention to this matter will enable us to expeditious the closing of this case. We appreciate your cooperation.

Sincerely,
Vito Genna,
Clerk of Court

By: /s/ Amanda L. Ho
Deputy Clerk