# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 5/1/2020 |
| Case: 18−14182−shl | Form ID: pdf001 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Scott C. Shelley     scottshelley@quinnemanuel.com

TOTAL: 1